Case 8:19-cr-00166-JSM-CPT   Document 31   Filed 03/25/25   Page 1 of 1 PageID 188

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> MYRON WILLIAM ERNST | ) <br> ) <br> ) Case No: 8:18-cr-563-JSM-TGW; 8:19-cr-166-JSM-CPT <br> ) USM No: 17472-171 <br> ) <br> ) Kathleen Sweeney <br> ) *Defendant's Attorney* |

Date of Original Judgment: 11/06/2019
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   120   months **is reduced to**   107 months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This reduced term of imprisonment consists of 107 months as to Case Numbers 8:18-cr-563-JSM-TGW and 8:19-cr-166-JSM-CPT, both such terms to run concurrently. Additionally, the term of imprisonment imposed shall run consecutively with the defendant's term of imprisonment imposed pursuant to the judgment in Case Numbers 2:09-1097; 2:10-216; 2:09-1300; 2:09-1058; 2:09-944; and 2:09-155, Middle District of South Carolina. If necessary, the term of imprisonment imposed shall run concurrently with the defendant's term of imprisonment imposed pursuant to the judgment in Case Numbers 18-CF-1923 and 18-CF-14866, Circuit Court of Orange County, Florida.

Except as otherwise provided, all provisions of the judgment dated   11/06/2019   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/25/2025

*Judge's signature*

Effective Date: 
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*